UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPHINE PIZZIMENTI,

    Plaintiff,

v.                            Case No. 8:07-cv-811-T-30TBM

AGRIFLEET LEASING CORPORATION;
FLORIDA ALUMINUM AND STEEL, INC.
and TELEMEDIA COMMUNICATIONS,
INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Mediation Report (Dkt. #16) and Joint Stipulation for Dismissal With Prejudice (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal With Prejudice (Dkt. #17) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-811.dismissal 17.wpd